IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE STATE OF MARYLAND

RDB-04-1433

| | |
|---|---|
| RANDY A. WEAVER, & ALL INMATES CURRENTLY HOUSED IN FREDERICK COUNTY DETENTION CNTR., | |
| PLAINTIFF(S), | CLASS ACTION |
| -VS- | MOTION TO PROCEED IN CIVIL ACTION AS A |
| STATE OF MARYLAND, FREDERICK COUNTY, SHERIFF CHARLES A. JENKINS, et al., | PROTECTED GROUP, CLAIMING VIOLATIONS OF FIFTH & SIXTH AMENDMENTS TO U.S. CONSTITUTION |
| RESPONDANT(S) | |

JUN-0 3 2008
CLERK U.S. ...
DISTRICT OF MARYLAND

COMES NOW, PLAINTIFF RANDY A WEAVER, PRO SÉ ON BEHALF OF ALL INMATES AT THE FREDERICK COUNTY DETENTION CENTER, does hereby move this HONORABLE COURT for AN ORDER, Allowing the above-mentioned PLAINTIFF(S) TO COMMENCE a CLASS-ACTION CIVIL SUIT against THE ABOVE-NAMED Respondant(s).

IN SUPPORT THEREOF, the plaintiffs would proffer to this Court as follows:

### 1. FIFTH AMENDMENT STATES:

"No person shall be held to answer for any capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offence to be twice put in Jeopardy of life, or limb, nor shall be compelled in any criminal case to be a witness against himself," "nor be deprived of life, liberty, or property, without due process of law," nor shall private property be taken for public use, without just compensation". And,

(1A). Above-named plaintiff(s) state that the respondant(s) have engaged in a practice that denies or eliminates the plaintiff's right to a preliminary hearing. Most times, plaintiff(s) may be scheduled for a preliminary hearing, only to be informed that a state witness can't make it. The hearing is re-scheduled, and then a few days or weeks later, plaintiff is informed that preliminary hearing has been cancelled, and plaintiff's case is then moved to the higher court (Circuit Court), And,

(1B). Plaintiff(s) alledge that this action is the equivulent/same as denying the plaintiffs their constitutional right to due process, and is a waiver

of plaintiffs right to confront his accusers at a very vital stage in the judicial system. By eliminating this fundemental right from plaintiffs, the State and other respondants are depriving the plaintiffs of life and liberty by holding plaintiffs in detention center much longer than had the ~~plaintiff prevailed at the preliminary hearing, or~~ atleast been giving the chance for liberty at a preliminary hearing, and,

(1C). The practice of denying plaintiff(s) their rights to due process is an all too often occurance in Frederick County. The education levels of some of the plaintiff(s) is below the average, and therefore, most of these plaintiff(s) just allow these violation(s) to occur to themselves without any understanding that these acts by the respondant(s) is illegal. And, unfortunately, the attorneys that represent some of the plaintiff(s) are not trying to riffle any feathers in the state Attorneys office, and,

2. SIXTH AMENDMENT STATES:

In all criminal prosecutions, the accused shall enjoy the right to a speedy trial and a public trial, by an impartial jury of the State and district where in the crime shall have been committed, which district

shall have been previously ASCERTAINED by LAW, and to be INFORMED of the nature AND CAUSE of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses IN HIS FAVOR, and have the Assistance of Counsel for his defense, AND.,

(2A). HERE the plaintiff(s) Re-instate their claims, and state that the Respondants ILLEGAL waiver of the plaintiff(s) Right to a preliminary hearing, is a clear violation of plaintiff(s) Right to confront his/her Accuser at A vital stage of the Judical process, which this Court is AWARE, could lead to the plaintiffs release from detention CENTER, and in Alot of CASES, the dismissal of criminal charge(s).

WHEREFORE, the plaintiff(s) respectfully move this Court for AN ORDER granting them the right to proceed as A class/group. plaintiff(s) would Further move this honorable Court for A TEMPORARY INJUNCTIVE ORDER REQUIRING that all plaintiff(s) be given a preliminary hearing, and that the Respondants be required to provide this Court with documentation to show that plaintiff(s) currently at detention CENTER have either be given their preliminary hearing(s), or have

-4-

signed a waiver form that is legible and understandable by All Plaintiff(s), No matter what their educational level is.

Dated this 30th day of May, 2008.

Respectfully Submitted,

Barry A. Weaver

BARRY A. WEAVER - PRO SE
PLAINTIFF(S)
7300 MARCIE CHOICE LN.
FREDERICK, MD. 21704

## "CERTIFICATE OF SERVICE"

Plaintiff(s) state that on May 30th, 2008, a true and correct copy of Plaintiff(s) motion to proceed as Class/Group in Civil Action was served on the Respondent via U.S. mail, by depositing the same in U.S. mail, postage pre-paid and Addressed as follows:

ATTORNEY GENERAL OFFICE:
200 SAINT PAUL PLACE
BALTIMORE, MD. 21202

CHARLES A. JENKINS
SHERIFF - FREDERICK COUNTY
110 AIRPORT DR - EAST
FREDERICK, MD. 21701