IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RANDY A. WEAVER & ALL INMATES  CURRENTLY HOUSED IN FREDERICK  COUNTY DETENTION CENTER  Plaintiff(s),  v. | *  *  *  * | CIVIL ACTION NO. RDB-08-1433 |
| STATE OF MARYLAND, et al.  Defendants. | * | |

\*\*\*\*\*

## **O R D E R**

In accordance with the foregoing Memorandum Opinion, IT IS this 17th day of June, 2008, by the United States District Court for the District of Maryland hereby ORDERED that:

1. Class certification IS DENIED;

2. This 42 U.S.C. § 1983 civil rights complaint IS DISMISSED WITHOUT PREJUDICE;

3. The Clerk SHALL CLOSE this case; and

4. The Clerk SHALL MAIL a copy of this Order, together with the foregoing Memorandum Opinion, to Randy A. Weaver.

/s/
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE